

IT IS SO ORDERED.
Signed April 07, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                      )   Chapter 13
                                            )
JENNIFER ERICKSON                           )   Case No. 07-51359 ASW
                                            )
                                            )
                                            )
            Debtor                          )

## ORDER OF DISMISSAL

Upon consideration of the declaration of DEVIN DERHAM-BURK, Chapter 13 Trustee, dated 03/25/2011 and filed with this court attesting to the Debtor's default under the terms of the confirmed plan, and on the continuing default, the Court is satisfied that Chapter 13 Trustee served the Debtor and counsel for the Debtor with a NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE;  and upon  good cause shown,

IT IS THEREFORE ORDERED that the instant case be and the same is dismissed, and that any restraining orders heretofore entered in this case are hereby vacated.  The Trustee shall submit at a later date, her Trustee's Final Report for approval by this Court.

/

/

Notwithstanding the dismissal of this case, the Trustee shall remit to the Clerk of the Court, funds from any previously disbursed checks that remain uncashed.

IT IS FURTHER ORDERED that the Trustee shall pay from funds collected in this matter, to the extent funds are remaining, any fees payable to the Bankruptcy Clerk, including noticing fees arising from the case herein.

* * * END OF ORDER * * *

## COURT SERVICE LIST

Case Name: JENNIFER ERICKSON                              Case No.: 07-51359 ASW


JENNIFER ERICKSON
3419 HOSTETTER RD
SAN JOSE, CA  95132


THE FULLER LAW FIRM
60 N KEEBLE AVE
SAN JOSE, CA  95126